IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

UNITED STATES OF AMERICA,           )

        PLAINTIFF,           )

VS.           )           CV99-H-2519-W

GLENDA Y.  WILLIAMS,           )

        DEFENDANT.           )

FILED

00 JAN 20 PM 12: 02

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

JAN 2 0 2000

### MEMORANDUM OF DECISION

Pursuant to the December 20, 1999 order the December 16, 1999 motion of plaintiff for summary judgment is now under submission.  Based upon matters filed in connection with the summary judgment motion, the following are undisputed facts.

Defendant duly executed two promissory notes bearing interest at seven per cent (7%) per annum, guaranteed by the United Student Aid Funds, Inc. and reinsured by the Department of Education.  Plaintiff is the lawful holder of the notes.  Defendant duly defaulted on both notes and remains in default.  The total principal in default is **Five Thousand Eighty Nine and 66/100 Dollars ($5,089.66)** plus interest accrued as of December 6, 1999 totaling **Two Thousand Two Hundred Sixty and 56/100 Dollars ($2,260.56)**.  Additional interest through the date of this judgment totals **Twenty and 25/100 Dollars ($20.25)**.



There is no dispute as to any material fact and defendant is justly indebted to plaintiff in the total amount of **Seven Thousand Three Hundred Seventy and 47/100 Dollars ($7,370.47).**

DONE this _20th_ day of January, 2000.

James H. Hancock

SENIOR UNITED STATES DISTRICT JUDGE

2